```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BARBARA FRIERSON,

                        Plaintiff,
                                              No. 04-CV-1120
        v.                                      (FJS/DRH)

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
_____

APPEARANCES:

BARBARA FRIERSON,
Plaintiff, Pro Se
3 Manning Square
Albany, NY   12206


HON. GLENN T. SUDDABY              WILLIAM H. PEASE, ESQ.
United States Attorney             Assistant U.S. Attorney
   for the
Northern District of New York
Attorney for Defendant
Post Office Box 7198
900 Federal Building
Syracuse, New York   13261-7198
```

**FREDERICK J. SCULLIN, JR., Senior D.J.:**

### DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed September 29, 2006, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge David R. Homer filed September 29, 2006 is **ACCEPTED** in its entirety, for the reasons stated therein, and it is further

**ORDERED**, that defendant's motion is **GRANTED**, and that defendant's denial of plaintiff Frierson's application for benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner pursuant to the sixth sentence of 42 U.S.C. §405(g).

**IT IS SO ORDERED.**

DATED: October 26, 2006
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge