# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

BARBARA FRIERSON

                V.                CASE NUMBER: 1:04-CV-1120(FJS/DRH)

COMMISSIONER OF SOCIAL
SECURITY


[ ]        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff against defendant, reversing the defendant's denial of plaintiff's application for benefits and remanding this case pursuant to the sixth sentence of 42 U.S.C. §405(g) according to the Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on October 26, 2006.


DATED:     October 26, 2006

                                                            Clerk of Court

LKB:lmp